UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KELLY OTT; NANCY LUEBBEN;** and **BENJAMIN GESLER,** on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>**MORTGAGE INVESTORS CORPORATION OF OHIO, INC.**, an Ohio corporation, also doing business as **MORTGAGE INVESTORS CORPORATION**, **AMERIGROUP MORTGAGE CORPORATION**, **VETERANS INFORMATION DEPARTMENT** and **VETERANS HOME LOANS; WILLIAM EDWARDS,** individually; **JEFFREY CRILLEY,** individually; **JAMES SHATZ,** individually; and **JOHN WESLEY BAILEY III,** individually,<br><br>                Defendants. | NO. 3:14-cv-00645-ST<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND TERMINATING WITHDRAWN MOTIONS**<br><br><u>CLASS ACTION</u><br><br>DEMAND FOR JURY TRIAL<br><br>Magistrate Judge Janice M. Stewart |

      This matter comes before the Court on the parties' Joint Status Report. Having reviewed the Joint Status Report, the Court ORDERS as follows:

      1.      Consistent with the parties' agreement, Plaintiffs are granted leave to file their Second Amended Complaint. Fed. R. Civ. P. 15(a)(2). This filing will not restart or impact any deadlines.

      2.      Defendants' motion to dismiss (Docket No. 33) and Defendant Mortgage Investors Corporation of Ohio, Inc.'s ("MIC") Motion to Strike Class Allegations (Docket No. 51) are deemed to address Plaintiffs' Second Amended Complaint and do not need to be re-filed.

- 1

3.  MIC joins the arguments made by Defendants Edwards, Crilley, Shatz, and Bailey in Section IV.B of their motion to dismiss for failure to state a claim (Docket No. 33).

4.  MIC has withdrawn its motion to dismiss under the first-to-file rule (Docket No.27) and motion to strike confidential material (Docket No. 25).  The Clerk is respectfully directed to terminate those motions.

5.  MIC's motion for protective order (Docket No. 55) is moot because Plaintiffs have withdrawn their discovery requests.

6.  The parties shall file a joint status report that includes a proposed case schedule within seven business days after the later of the Court's rulings on the pending motion to dismiss (Docket No. 33), motion to strike class allegations (Docket No. 51), motion for involuntary dismissal (Docket No. 57), and motion to extend deadlines (Docket No. 63).

Dated this 26th day of September, 2014.

s/ Janice M. Stewart
UNITED STATES MAGISTRATE JUDGE